EXHIBIT A

AFFIDAVIT OF RYAN M. ROSEMORE

Your Affiant is a Special Agent with the Department of Justice United States Drug Enforcement Administration and has been so employed since August 2023. Your Affiant is currently assigned to the Fargo Resident Office and charged with investigating drug trafficking and money laundering violations under Titles 18 and 21 of the United States Code. Your Affiant has received over eight months of law enforcement training with an emphasis on drug trafficking, money laundering, undercover operations, and electronic and physical surveillance procedures at the DEA Academy in Quantico, VA, the DEA Minneapolis-St. Paul District Office, and the Fargo Resident Office. Your Affiant has been involved in numerous investigations dealing with the possession, manufacture, distribution, and importation of controlled substances.

Prior to employment with the DEA, your affiant was assigned to the DEA Minneapolis St. Paul District Office, Task Force Group 1 as a Minnesota National Guard Criminal Analyst Contactor for approximately 23 months. During this time, I received training in drug interdiction, mobile device forensic extractions, money laundering, social media exploitation, criminal street gangs, and intelligence analysis in High Intensity Drug Trafficking Areas. I have participated in investigations concerning the possession, manufacture, and distribution of controlled substances. I am familiar with the methods narcotic traffickers use to finance drug transactions and launder drug proceeds.

In January of 2025, DEA Fargo, and the Cass County Drug Task Force initiated an investigation into suspected Fentanyl trafficker Jason Isaacson. On April 1, 2025, court authorized GPS data from a cellular device for Jason Isaacson showed it had traveled from the area of Crookston, MN towards the Fargo, ND, and Moorhead, MN metropolitan area. At this time members of DEA Fargo and the Cass County Drug Task Force initiated a surveillance operation into Jason Isaacson. Your Affiant observed a white Range Rover with Minnesota license plate number EWA545 which is registered to and used by Isaacson, traveling southbound on Highway 75 in Moorhead, MN. During this surveillance operation Isaacson was seen going to the Baymont by Wyndham hotel at 1340 21st Ave S, Fargo, ND 58103. SA Uhler observed

Isaacson park his vehicle near the front entrance of the Baymont, exit his vehicle, and go inside. A short time later, Your Affiant and SA Uhler observed Isaacson exit the Baymont, get into his vehicle, drive through the parking lot, and park on the West side of the hotel. SA Uhler then observed the trunk of Isaacson's vehicle open, Isaacson exit the vehicle, walk to the trunk, and remove two drawstring bags from the trunk of his vehicle. Your Affiant then obtained an occupancy list for the Baymont from an employee of the hotel and confirmed that Isaacson was staying in room 112.

On the same date TFO Raymond Mosley with the Cass Count Drug Task Force applied for and was granted a state of North Dakota narcotics search warrant for Isaacson's hotel room. During the execution of the warrant a large amount of suspected Fentanyl was located throughout Isaacson's room, including in one of the drawstring bags SA Uhler observed Isaacson remove from his vehicle. During a post-Miranda interview, Isaacson admitted that the white substance in the vacuum seal bags found in his hotel room was Fentanyl and he admitted to selling Fentanyl in Fargo, ND. In total, with packaging, 337 grams of suspected Fentanyl was in Isaacson's hotel room, room 112. Isaacson admitted that he has received kilogram quantities of Fentanyl in the past year. Isaacson admitted to investigators that there was Fentanyl in his business called Discount Den, at 113 N Main St, Crookston, MN.

On March 28, 2025, SA Rosemore applied for and was granted a federal search warrant in the District of Minnesota for Isaacson's business at 113 N Main St, Crookston, MN. On April 2, 2025, Members of DEA Fargo, the Cass County Drug Task Force, and the Pine to Prairie Drug Task Force executed the search warrant at Isaacson's business. Inside the business, investigators located 506.9 grams of suspected Fentanyl, with packaging, in the business. In total investigators seized 843.9 grams of suspected fentanyl, with packaging from Isaacson in his hotel room and business.

Based upon the above information, Your Affiant has established probable cause that Jason Isaacson has committed a crime in violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute a controlled substance.

Furthermore, Your Affiant sayeth naught.

Dated this __4th__ day of April 2025.

*Ryan Rosemore*

Ryan M. Rosemore
DEA Special Agent
Fargo Resident Office

Subscribed and sworn to before me this ____ day of April, 2025.

*Alice R. Senechal*

Alice R. Senechal
United States Magistrate Judge