AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Haley Ann Blotsky<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   3:25-cr-144-5 |

REC'D USMS-D/ND
2025 JUN 27 7:52

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Haley Ann Blotsky,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date:   06/26/2025

/s/Sarah Lien
*Issuing officer's signature*

City and state:   Fargo, ND

Sarah Lien, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  06/26/2025, and the person was arrested on *(date)* 07/03/2025
at *(city and state)*  Fargo, ND

Date:  07/03/2025

*Arresting officer's signature*

SA R. Rosemore
*Printed name and title*