AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| | | |
|---|---|---|
| United States of America<br>v.<br>Jerry Lee Junior Donte Vales, a/k/a Nunu<br><br>Defendant | ) ) ) ) ) ) ) | Case No.   3:25-cr-144-3 |

REC'D USMS-D/ND
2025 JUN 27 7:52

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jerry Lee Junior Donte Vales, a/k/a Nunu

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance

Date:   06/26/2025

City and state:   Fargo, ND

/s/Sarah Lien
*Issuing officer's signature*

Sarah Lien, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 06/27/25, and the person was arrested on *(date)* 07/17/25
at *(city and state)* Fargo, North Dakota.

Date: 07/21/25

*Arresting officer's signature*

SA Ryan Rosemore
*Printed name and title*