Local AO 470 (Rev. 11/16) Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | |
|---|---|
| United States of America<br>v.<br>Jerry Lee Junior Donte Vales | ) ) ) ) ) Case No. 3:25-CR-144-03 |

**ORDER SCHEDULING**

**DETENTION HEARING**

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing | **Date and Time:** July 24, 2025 at 4:00pm |
|---|---|
| **Place:** U.S. Federal Courthouse<br>655 1st Ave. N., Fargo, ND | **Courtroom No.:** Fargo Courtroom 2 |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 07/22/2025

*/s/ Alice R. Senechal*

*Judge's signature*

Alice R. Senechal, Magistrate Judge

*Printed name and title*