Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

REC'D USMS-FARGO, ND
'25 AUG 25 PM 3:25

| United States of America | ) |
| v. | ) |
| Haley Ann Blotsky | ) Case No. 3:25-cr-144-5 |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Haley Ann Blotsky,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Alleged violation(s) of pretrial release.

Date: 08/25/2025

/s/ Bre Solberg Luedtke
*Issuing officer's signature*

City and state: Fargo, ND

Bre Solberg Luedtke, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8-25-25, and the person was arrested on *(date)* 10-7-25
at *(city and state)* ADA, ND

Date: 10-7-25

*Arresting officer's signature*

DUSM James Derringer
*Printed name and title*